UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **5:26-cv-01106-WLH-ACCV** | Date: | May 4, 2026 |
|---|---|---|---|

Title: ***Harout Gevorgyan v. Todd M. Lyons, et al.***

Present: The Honorable     Angela C. C. Viramontes, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):  ORDER TO SHOW CAUSE**

Petitioner Harout Gevorgyan filed his Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and Request for Temporary Restraining Order and/or Preliminary Injunction on March 10, 2026.  (Dkt. No. 1.)  Respondents did not file an opposition in response to Petitioner's request for a TRO.  On March 16, 2026, the Court granted the Petitioner's request for a TRO and enjoined Respondents "from continuing to detain Petitioner or placing any new restriction on Petitioner's liberty . . . unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) within 7 days of the date of [the] Order."  (Dkt. No. 6.)

Respondents submitted a Joint Status Report informing the Court that Petitioner's bond hearing was set for March 23, 2026, in compliance with the Courts' March 16, 2026 order.  (Dkt. No. 8.)  Respondents filed a Supplement Status Report informing the Court Petitioner's "custody determination was denied, as Petitioner is subject to mandatory detention".  (Dkt. No. 10.)

On April 23, 2026, the Magistrate Judge set a briefing schedule for Respondents to file an Answer to the Petition. (Dkt. No. 11.)  On April 30, 2026, Respondents filed the following response:
> "Respondents respectfully request that this Court find the requirements of its Order dated April 23, 2026, to be moot, given that Respondents have complied as indicated in their filing of the Supplement to Joint Status Report Re Bond Hearing and Attachment filed on April 13, 2026. Dkt. 10."

(Dkt. No. 12.)

The Court disagrees with Respondents; Petitioner's habeas Petition is not mooted by the March 23, 2026 bond hearing.

| Page **1** | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk: DC |
|---|---|---|

The Court will give Respondents another opportunity to respond to Petitioner's claims.  The Court extends the deadline for Respondents to file an Answer that addresses all of Petitioner's claims in Petitioner's habeas petition (*see* Dkt. No. 1) to **May 13, 2026**.  The government may also file a statement of non-opposition, if that is the government's position.

Petitioner shall file a traverse/reply, if any, within three calendar days of the government filing an Answer, if Petitioner is represented by counsel. If Petitioner is pro so, Petitioner has 14 days from service of the Answer.  At the time of the Reply, Petitioner shall lodge with the Court any records not lodged by Respondents that Petitioner believes may be relevant to the Court's determination of the Petition.

The matter will stand submitted for final disposition upon filing of the reply.  No hearing will be held unless the parties are notified by the Court.

During the pendency of an § 2241 Immigration Petition, the government shall provide at least two court days' notice to the petitioner, his or her counsel, and the Court of its intent to remove the petitioner from the Central District of California.

**IT IS SO ORDERED.**