# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HAROUT GEVORGYAN,

Petitioner,

v.

TODD M. LYONS, *et al.*,

Respondents.

Case No. 5:26-cv-01106-WLH-ACCV

**ORDER ACCEPTING FINDINGS
AND RECOMMENDATION OF
UNITED STATES MAGISTRATE
JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that: (1) Judgment be entered GRANTING the Petition as to Claim One; (2) Denying Claim Two as moot in light of the relief granted in Claim One; (3) a writ of habeas corpus is issued requiring Respondents to immediately release Petitioner Harout Gevorgyan (A# 078-668-605) with the same

///

///

conditions from the Order of Supervision previously imposed before his January 28, 2026 detention; and (4) Respondents must file a status report regarding compliance with the Court's order within two court days of Petitioner's release.

DATED: July 1, 2026

HON. WESLEY L. HSU
United States District Judge