JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROUT GEVORGYAN, | Case No. 5:26-cv-01106-WLH-ACCV |
| Petitioner, | |
| v. | **JUDGMENT** |
| TODD M. LYONS, *et al.*, | |
| Respondents. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the June 10, 2026 Report and Recommendation of United States Magistrate Judge.  (Dkt. No. 17.)

DATED:  July 01, 2026

_____
HON. WESLEY L. HSU
United States District Judge